**Order entered September 9, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-16-00531-CR

---

**JAMES EDMOND AUSTIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-81075-2015**

---

## ORDER

We **REINSTATE** this appeal.

On August 11, 2016, we ordered the trial court to make findings regarding why appellant's brief has not been filed. On September 8, 2016, appellant's brief was tendered along with a motion to extend time to file the brief. Because findings are no longer necessary, we **VACATE** the August 11, 2016 order.

We **GRANT** appellant's September 8, 2016 motion to extend time and **ORDER** appellant's brief timely filed as of the date of this order.

/s/    ADA BROWN
       JUSTICE